UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMAR LEASTON,
    Plaintiff,

v.                                                          CIVIL ACTION NO. 14-12785-GAO

UMASS CORRECTIONAL HEALTH CARE, et al.,
    Defendants.

## PROCEDURAL ORDER

O'TOOLE, D.J.

    Plaintiff Jamar Leaston originally filed a joint complaint that was part of a multi-plaintiff civil rights action. See Stote, et al. v. UMASS Correctional Health Care, et al., C.A. No. 13-10267-NMG (the "2013 action"). The 2013 action was initiated by MCI Norfolk inmate John E. Stote concerning alleged inadequate medical care at MCI Norfolk. On June 25, 2014, the judge assigned to the 2013 action severed the individual prisoner claims into separate cases. See No. 13-10267-NMG, 06/25/2014 Memorandum and Order (the "June Order), Docket #20.

    Pursuant to the directives of the June Order, the Clerk opened a new case for Leaston. See Docket, 14-12785-GAO. The June Order was mailed to Leaston at MCI - Norfolk. Id. As to the filing fee, the June Order granted each plaintiff sixty (60) days either to pay the $400 filing and administrative fees or seek leave to proceed without prepayment of the fee. Also, the June Order stated that each plaintiff "who desires to file an amended complaint must do so within sixty (60) days of the date of this order."

    Leaston has not responded to the June Order. A search of the on-line Victim Information & Notification Everyday(VineLink) homepage reveals that Mr. Leaston is no longer at MCI Norfolk and is now at the Souza Baranowski Correctional Center. See VineLink Offender Locator, http://www.vinelink.com (last visited Oct. 6, 2014). Although the mail sent to Mr. Leaston at MCI Norfolk was not returned to the Court as undeliverable, the Clerk will be directed to resend the documents to Mr. Leaston. Mr. Leaston is advised that if he wishes to pursue his claim, his deadline for complying with the June Order is October 31, 2014. If Leaston seeks additional time to respond, he shall file a timely motion for enlargement of time.

    Accordingly, the clerk shall mail to plaintiff at the Souza Baranowski Correctional Center [Jamar Leaston (W100596), P.O. Box 8000, Shirley, MA 01464] the following documents: (1) the June Order; (2) an Application to Proceed Without Prepayment of Fees; and (3) copies on Leaston's

individual claim and the common portions of the complaint.

SO ORDERED.

 October 14, 2014   	/s/ George A. O'Toole, Jr.	
DATE	GEORGE A. O'TOOLE, JR.
	UNITED STATES DISTRICT JUDGE